| | |
|---|---|
| 1 | KATHLEEN P. CLACK  #196405 |
|   | LAW OFFICES OF KATHLEEN P. CLACK |
| 2 | 6061 N. Fresno Street, Suite 101 |
|   | Telephone:  (559) 241-7229 |
| 3 | Facsimile:  (559) 241-7256 |

Attorney for:  SEASIDE CIVIC LEAGUE, INC., AND DEL MONTE MANOR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEASIDE CIVIC LEAGUE, INC., AND DEL MONTE MANOR, INC. | CASE NO:  5:14-cv-1823 RMW |
| Plaintiffs, | JOINT STIPULATION AND [] ORDER REGARDING EXPEDITED BRIEFING SCHEDULE FOR MOTION HEARING ON PLAINTIFFS' PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD"), SHAUN DONOVAN SECRETARY OF HUD, AND DOES 1 THROUGH 25 INCLUSIVE | Date:   May 1; , 2014 |
| Defendants. | Time:   4:00 p m |
| | Courtroom:  6 |
| | Judge:   Honorable Ronald M. Whyte |

   The parties to this matter, by and through their undersigned counsel, stipulate to the following expedited briefing and hearing schedule on Plaintiffs' motion for preliminary injunction on the above numbered case, pending trial on the matter, as follows, and subject to the Court's approval:

1

Plaintiffs, SEASIDE CIVIC LEAGUE, INC., ("SCL") and DEL MONTE MANNOR, INC. ("DMM") and Defendants, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD") and SHAUN DONOVAN, Secretary of HUD (collectively referred to as "Federal Defendants") do hereby agree and stipulate that on **May 1; , 2014,** at 4:00 r .m., in **Courtroom 6** of the U.S. District Court, San Jose Division of California located at 280 S. First Street, San Jose, CA 95113, or such other date as the Court may select, the motion for preliminary injunction filed by Plaintiffs shall be heard.

The motion for preliminary injunction having already been served to the Defendants and counsel for the Federal Defendants on April 25, 2014 (but not actually received by Federal Defendants' counsel, Michael Pyle, until April 29, 2014), the parties further agree that the briefing schedule be expedited, with the Federal Defendants' opposition brief due on **May 8, 2014**, and Plaintiffs' reply brief due on **May 13, 2014.**

Dated:      April 29, 2014           /s/ Kathleen P. Clack
                                     Kathleen P. Clack
                                     Attorney for Plaintiffs
                                     SEASIDE CIVIC LEAGUE, INC. and
                                     DEL MONTE MANOR, INC.


                                     MELINDA HAAG
                                     UNITED STATES ATTORNEY

                                     /s/ Michael T. Pyle
                                     By: MICHAEL T. PYLE
                                     Assistant U.S. Attorney
                                     Attorneys for Federal Defendants

///

///

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiffs' Motion for Preliminary Injunction shall proceed to an expedited briefing and hearing schedule as follows:

The hearing on Plaintiffs' Motion for Preliminary Injunction shall be on May 1; , 2014 at 4:00 r .m. in Courtroom 6, with Federal Defendants' opposition brief due on **May 8, 2014**, and Plaintiffs' reply brief due on **May 13, 2014.**

DATED:

*/s/ Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3