KATHLEEN P. CLACK #196405
LAW OFFICES OF KATHLEEN P. CLACK
6061 N. Fresno Street, Suite 101
Telephone: (559) 241-7229
Facsimile: (559) 241-7256

Attorney for: SEASIDE CIVIC LEAGUE, INC., AND
DEL MONTE MANOR, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEASIDE CIVIC LEAGUE, INC., AND DEL MONTE MANOR, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD"), SHAUN DONOVAN SECRETARY OF HUD, AND DOES 1 THROUGH 25 INCLUSIVE<br><br>Defendants. | CASE NO: 5:14-cv-1823 RMW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CONSOLIDATING BRIEFING<br><br>Date:        September 19, 2014<br>Time:       9:00 am<br>Courtroom: 6. 4th Floor<br>Judge:      Honorable Ronald M Whyte |

The parties to this matter, by and through their undersigned counsel, stipulate to the following continuance on Defendants' reply in support of their motion to dismiss Plaintiffs' First Amended Complaint, and the hearing on that motion, so that a hearing on that motion can be consolidated with a hearing on motions filed by Plaintiffs, subject to the Court's approval, as follows:

Plaintiffs, SEASIDE CIVIC LEAGUE, INC., ("SCL") and DEL MONTE MANNOR, INC. ("DMM") and Defendants, U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD") and SHAUN DONOVAN, Secretary of HUD (collectively referred to as "HUD") do hereby agree and stipulate that the hearing on Defendants' Motion to Dismiss the First Amended Complaint currently scheduled for September 19, 2014 at 9:00 a.m., in Courtroom 6 of the

1  U.S. District Court, San Jose Division of California located at 280 S First Street, San Jose, CA 95113, be
2  continued to October 10, 2014 at 9:00 a.m.
3      The parties further stipulate that the hearing on October 10, 2014 would be a hearing on (1)
4  Defendants' Motion to Dismiss the First Amended Complaint, (2) Plaintiffs' Motion for Leave to File a
5  Second Amended Complaint filed on August 21, 2014, and (3) a motion to join indispensable parties
6  that Plaintiffs will file on or before August 29, 2014.
7      Briefing on these three motions would proceed as follows:
8      Defendants would file any opposition to Plaintiffs' Motion for Leave to File a Second Amended
9  Complaint and the to-be filed motion to join indispensable parties and their reply in support of the
10 Motion to Dismiss the First Amended Complaint in a single brief of 25 pages or less on or before
11 September 12, 2014;
12     Plaintiffs would file any reply in support of their Motion for Leave to File a Second Amended
13 Complaint and the to-be filed motion to join indispensable parties in a single brief of 25 pages or less on
14 or before September 24, 2014.

15 Dated: August 21, 2014

By: /s/ Kathleen P. Clack
_____
Kathleen P. Clack
Attorney for Plaintiffs
SEASIDE CIVIC LEAGUE, INC. and
DEL MONTE MANOR, INC.

/s/ Michael T. Pyle

Dated: August 21, 2014

By: _____

Michael T. Pyle
Attorney for Defendants
U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT ("HUD") and
SHAUN DONOVAN, Secretary of HUD

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

    The hearing currently set for September 19, 2014 at 9:00 am in Courtroom 6, shall be continued to October 10, 2014 at 9:00 a.m. and will be a hearing on (1) Defendants' Motion to Dismiss the First

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AND
CONSOLIDATING BRIEFING
CASE NO: 14-CV-1823 RMW     2

Amended Complaint, (2) Plaintiffs' Motion for Leave to File a Second Amended Complaint filed on August 21, 2014, and (3) a motion to join indispensable parties.

Plaintiffs shall file their motion to join indispensable parties on or before August 29, 2014. Defendants shall file any opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint and the to-be filed motion to join indispensable parties, along with their reply in support of the Motion to Dismiss the First Amended Complaint in a single brief of 25 pages or less on or before September 12, 2014;

Plaintiffs shall file any reply in support of their Motion for Leave to File a Second Amended Complaint and the to-be filed motion to join indispensable parties in a single brief of 25 pages or less on or before September 24, 2014.

DATED: J~~[ ]~~



Hon. Ronald M. Whyte
UNITED STATES DISTRICT JUDGE