UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEASIDE CIVIC LEAGUE, INC., and DEL MONTE MANOR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SHAUN DONOVAN, in his official capacity as Secretary of United States Department of Housing and Urban Development<br><br>Defendants. | Case No. C-14-1823-RMW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 48] |

The court orders that a case management conference is scheduled for Friday, September 19, 2014 at 10:30 a.m. A joint case management statement is due Friday, September 12, 2014. The attorneys involved in this case should address which parties they represent and the basis for their representation. Any attorney purporting to represent the Seaside Civic League, Inc. or Del Monte Manor, Inc. should provide the authority for their representation.

Dated: September 8, 2014

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER SETTING CMC
Case No. C-14-1823-RMW
RDS

- 1 -