1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SEASIDE CIVIC LEAGUE, INC., and DEL MONTE MANOR, INC., | Case No. C-14-1823-RMW |
| Plaintiffs, | **ORDER REQUESTING SEASIDE CIVIC LEAGUE BYLAWS** |
| v. | **[Re: Docket Nos. 51, 52, 54]** |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, and SHAUN DONOVAN, in his official capacity as Secretary of United States Department of Housing and Urban Development | |
| Defendants. | |

The court orders either attorney purporting to represent the Seaside Civic League, Inc. or Del Monte Manor, Inc. to promptly file on the public docket a copy of the most recent version of the Seaside Civic League Bylaws, at any event no later than 5 p.m. on Wednesday, September 17, 2014.

Dated: September 15, 2014

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

**United States District Court**
**For the Northern District of California**